IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY ANN MULLINS,

   Plaintiff/ Counter Claim Defendant,

VS.                                                                                  NO. 2:17-CV-00563-MCA-SMV

METROPOLITAN LIFE INSURANCE
COMPANY,

   Defendant-Counter Claim Plaintiff.

## STIPULATION OF DISMISSAL

   Comes now Plaintiff/Counter Claim Defendant by and through her attorneys, Templeman and Crutchfield and Defendant Metropolitan Life Insurance Company. Defendant/Counter Claim Plaintiff and state:

   1. That the parties hereto have resolved all issues in the matter herein and the parties Stipulate that the matter herein be dismissed with prejudice to the parties.

   2. That each party shall bear their respective attorney's fees and costs.

TEMPLEMAN AND CRUTCHFIELD
113 E. Washington
Lovington, New Mexico 88260

By:_____
   Attorneys for Plaintiff/Counter Claim Defendant

HOLLAND & HART
6380 S. Fiddler's Green Circle
Suite 500
Greenwood, Colorado 80111

By: /s/ Jack M. Englert, Jr. Telephonic Approval
   Attorneys for Defendant/Counter Claim Plaintiff